UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21116-CIV-UNGARO/O'SULLIVAN

LANA C. KEETON,

    Plaintiff,

v.

GYNECARE WORLDWIDE,
A Division of Ethicon, Inc. A foreign corporation,
ETHICON, Inc., a foreign corporation and
JOHNSON & JOHNSON, a foreign corporation,

    Defendant(s).
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff Lana C. Keeton's Motion to Quash 18 Non-Party Subpoenas Served Improperly by Defendants (DE # 85, 4/17/07). Having considered the motion, pertinent portions of the record and the law, it is hereby

ORDERED AND ADJUDGED that the Plaintiff Lana C. Keeton's Motion to Quash 18 Non-Party Subpoenas Served Improperly by Defendants (DE # 85, 4/17/07) is **DENIED**.

The plaintiff failed to confer with opposing counsel prior to filing the motion. The plaintiff has been warned on numerous occasions that pursuant to Local Rule 7.1(A)(3) she must confer with opposing counsel in an effort to resolve the issues raised in a motion prior to filing the motion. At the hearing before the undersigned held on April 10, 2007, the plaintiff agreed to follow these procedures.

Moreover, more than seven (7) months have passed since the service of the subpoenas. Under Fed.R.Civ.P. 45(c)(3)(A) the Court may quash a subpoena when a

timely motion is made.  To be timely, the objection should be made within the time period set out to respond to the subject subpoena.  See Innomed Labs, LLC v. Alza Corp., 211 F.R.D. 237, 240 (S.D.N.Y. 2002) (stating that "it is reasonable to assume that the motion to quash should be brought before the noticed dates of the scheduled deposition").

DONE AND ORDERED, in Chambers, at Miami, Florida, this **8th** day of May, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record

Mailed by Chambers to:
Lana C. Keeton
P.O. Box 402494
Miami Beach, FL 33140