UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21116-CIV-UNGARO/O'SULLIVAN

LANA C. KEETON,

    Plaintiff,

v.

GYNECARE WORLDWIDE,
A Division of Ethicon, Inc. A foreign corporation,
ETHICON, Inc., a foreign corporation and
JOHNSON & JOHNSON, a foreign corporation,

    Defendant(s).
_____/

## ORDER

THIS MATTER came before the Court on the plaintiff's ore tenus motion to have Mr. Silverstein, her attorney in the medical malpractice action, appear telephonically at the deposition of Dr. Cantor. Having conducted a hearing on July 18, 2007 and having reviewed the applicable law, it is

ORDERED AND ADJUDGED that Mr. Silverstein may attend the deposition of Dr. Cantor by telephone. Fed. R. Civ P. 30(c) was amended in 1993 to allow for witnesses to appear and be present during the testimony of other witnesses. See Advisory Committee Notes. Generally witnesses should be allowed to attend the deposition and it is up to the party opposing the attendance of the witness to move for a protective order. See In re Terra Intern., Inc., 134 F.3d 302, 306 (5th Cir. 1998). Witnesses may be excluded upon a specific showing that some harm or prejudice might occur to a party or the deponent through the disclosure of some secret or sensitive information learned by virtue of that

person's attendance at the deposition. <u>Bell v. Board of Education of the County of Fayette</u>, 225 F.R.D. 186, 196 (S.D. W. Va. 2004). The Court finds that the defendants have failed to make such a showing of harm. It does not appear that Mr. Silverstein is a witness to the matters that Dr. Cantor will testify to. Accordingly, Mr. Silverstein may attend the deposition of Dr. Cantor. The parties have agreed that the plaintiff will not consult with Mr. Silverstein during the deposition. Therefore, upon the parties' agreement, it is further

ORDERED AND ADJUDGED that the plaintiff shall not consult with Mr. Silverstein during the deposition of Dr. Cantor.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **18th** day of July, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States District Judge Ungaro
All counsel of record

Copies sent by Chambers to:

Lana C. Keeton
P.O. Box 402494
Miami Beach, FL 33140